UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ERIN GURSSLIN,

                                                    Plaintiff,

-against-

THE CITY OF ROCHESTER, a municipal entity, POLICE OFFICER JEREMY NELLIST, POLICE OFFICER JOSHUA KELLY, COMMANDER FABIAN RIVERA, LIEUTENANT AARON SPRINGER,

                                                   Defendants.

**SECOND AMENDED SCHEDULING ORDER**

20-cv-6508 (EAW)(MJP)

---

The parties having filed a joint motion (ECF No. 22), requesting the extension of certain deadlines contained in the Court's previously issued scheduling order, it is

ORDERED that:

1. The mediation deadlines have passed.

2. All mandatory disclosures deadlines have passed, but the parties shall comply with Rule 26(e)(1)(A) and amend the Rule 26(a)(1) disclosures if necessary.

3. The deadlines for motions to joint other parties, amend the pleadings or commence any third party action has passed. .

4. All factual discovery in this case, including depositions, shall be completed on or before **August 28, 2022**. All motions to compel discovery shall be filed at least thirty (30) days prior to the factual discovery cutoff.

5. Plaintiff shall identify any expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2)(A) and provide reports pursuant to Rule 26(a)(2)(B) and/or disclosures pursuant to Rule 26(a)(2)(C) by **May 30, 2022**. Defendant shall identify any expert witnesses and provide reports

pursuant to Fed. R. Civ. P. 26 by **July 1, 2022**. Parties shall complete all discovery relating to experts, including depositions, by **July 21, 2022**.

6.  Dispositive motions, if any, shall be filed no later than **September 21, 2022**. Unless a consent to proceed before this Court has been filed, such motions shall be made returnable before Judge Wolford.

7.  A <u>trial date status conference</u> pursuant to Fed. R. Civ. P. Rule 16(e) and Local Rule 16 will be held, if necessary, at a date and time to be determined by the trial judge after determination of dispositive motions. If no dispositive motions are filed, counsel shall **immediately** contact the trial judge so that a trial date status conference can be scheduled.

At least seven (7) days prior to the trial date status conference, the parties shall file a joint case status report setting forth the information described below. If the parties disagree as to the information to be provided, the report must set forth their different responses. The joint status report shall contain:

(1) <u>Nature of the Case</u>: Set forth a brief description of the action, identifying the parties, all counsel of record, the relief requested, any affirmative defenses and any relationship the case may have to other pending actions.

(2) <u>Motion Practice</u>: Are any motions, dispositive or non-dispositive, pending? If so, briefly describe the motion. Explain if additional motion practice is necessary before the matter is ready to be tried.

(3) <u>Settlement</u>: Describe the status of settlement negotiations. If the parties believe a court supervised settlement/mediation conference

would be of assistance in resolving the case or narrowing disputed issues, please state.

(4) <u>Trial</u>: State whether the case is ready for trial. If not, explain why. Set forth an estimate of how long the trial will take and whether the case is jury or non-jury.

10. Requests to extend the above cut-off dates may be granted upon written application, made prior to the cutoff date, and showing good cause for the extension. Application for extensions should be made to the Magistrate Judge. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter to the court. Letter requests must detail good cause for the extension and propose new deadlines.

**SO ORDERED.**

DATED:   February 24, 2022
         Rochester, New York

_____
Hon. Mark W. Pedersen
United States Magistrate Judge