Jones, Peachie L.
Exhibit G

| From: | Elliot Shields <eshields@rothandrothlaw.com> |
|---|---|
| Sent: | Monday, September 19, 2022 10:25 AM |
| To: | Jones, Peachie L. |
| Cc: | David Roth |
| Subject: | Re: [Dog cases] City Proposed Settlement Agreement |

Peachie,

I agree we are at an impasse and will have to try all four dog shooting cases.

Elliot Shields, Esq. (he/him)
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
T: (212) 425-1020
F: (212) 532-3801
eshields@rothandrothlaw.com
The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Roth & Roth LLP immediately at (212) 425-1020 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

**From:** Jones, Peachie L. <Peachie.Jones@CityofRochester.Gov>
**Date:** Friday, September 16, 2022 at 11:09 AM
**To:** Elliot Shields <eshields@rothandrothlaw.com>
**Cc:** David Roth <droth@rothandrothlaw.com>
**Subject:** RE: [Dog cases] City Proposed Settlement Agreement

Elliot,

I was *quite* disappointed that ███████████████████████████ in your September 7 email, so I was glad we were able to talk about it yesterday.

This is my understanding to-date:

████████████████████████████████████████████████████████████████████████████████

Given all of that (but let me know if any of that is incorrect), I agree that we are at impasse in our attempts to resolve the four dog cases.

Thank you,

Peachie L. Jones
Municipal Attorney | City of Rochester Law Department
p: (585) 428-7992 | Peachie.Jones@CityofRochester.gov

---

**From:** Elliot Shields <eshields@rothandrothlaw.com>
**Sent:** Wednesday, September 7, 2022 1:33 PM
**To:** Jones, Peachie L. <Peachie.Jones@CityofRochester.Gov>
**Cc:** David Roth <droth@rothandrothlaw.com>
**Subject:** Re: [Dog cases] City Proposed Settlement Agreement

Peachie,



Thanks,
Elliot

Elliot Shields, Esq. (he/him)
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
T: (212) 425-1020
F: (212) 532-3801
eshields@rothandrothlaw.com


The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Roth & Roth LLP immediately at (212) 425-1020 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

---

**From:** Jones, Peachie L. <Peachie.Jones@CityofRochester.Gov>
**Date:** Wednesday, September 7, 2022 at 12:50 PM
**To:** Elliot Shields <eshields@rothandrothlaw.com>
**Cc:** David Roth <droth@rothandrothlaw.com>
**Subject:** RE: [Dog cases] City Proposed Settlement Agreement