UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ERIN GURSSLIN,

                          Plaintiff,

        vs.

THE CITY OF ROCHESTER, a municipal entity,
POLICE OFFICER JEREMY NELLIST, POLICE
OFFICER JOSHUA KELLY, COMMANDER FABIAN
RIVERA, LIEUTENANT AARON SPRINGER,
                          Defendants.

**DECLARATION OF
PEACHIE L. JONES, ESQ.**

Case No. 20-cv-6508
(EAW)(MJP)

Peachie L. Jones, Esq., declares and says:

1.      I am a Municipal Attorney for the City of Rochester, admitted to practice law before this court, and represent all Defendants in this action.

2.      I submit this Declaration in reply and in further support of Defendants' Motion for Partial Summary Judgment, pursuant TO FED. R. CIV. P. 56.

3.      The information set forth herein is based upon my personal knowledge, a review of the proceedings in this action, and a review of relevant case law.

4.      The last date of discovery in this matter was October 18, 2023. ECF 66 ¶ 7.

5.      A true and accurate copy of excerpts from the deposition of Plaintiff's proposed expert James Crosby taken in the *Dempsey* (19-cv-6780-EAW-MWP) and *Cox* (22-cv-6207-FPG-MJP) matters is attached as Exhibit V.

6.      A true and accurate copy of Plaintiff's [October 18, 2023] Second Supplemental Initial Disclosures in this matter is attached as Exhibit W.

7.      A true and accurate copy of excerpts from the deposition of Plaintiff's proposed expert James Crosby taken in the *Gursslin* (20-cv-6508-EAW-MJP) matter is attached as Exhibit X.

8.      Subsequent to filing the exhibits to their Motion for Partial Summary Judgment, Defendants realized they inadvertently omitted referenced pages of deposition testimony. Corrected versions of the following exhibits to Defendants' Motion for Partial Summary Judgement are attached:

   a.    Exhibit C [ECF 114-05] – Excerpt of RPD Sgt. Kelly Deposition

   b.    Exhibit D [ECF 114-06] – Excerpt of RPD Officer Nellist Deposition

   c.    Exhibit M [ECF 114-15] – Excerpt of James Crosby Deposition in *Gursslin*

   d.    Exhibit R [ECF 114-20] – Excerpt of (former) RPD Commander Rivera Deposition

   e.    Exhibit S [ECF 114-21] – Excerpt of (former) RPD Lt. Springer Deposition

   f.    Exhibit T [ECF 114-22] – Excerpt of RPD Sgt. Romig Deposition

9.      Defendants also neglected to include in the Declaration filed with their Motion for Partial Summary Judgment (ECF 114-02) that Exhibit U (ECF 114-23) was a true and accurate copy of excerpts from the deposition of Rochester Police Department officer Jonathan Kent.

Dated: August 26, 2024          _____

                                         Peachie L. Jones, Esq.