**Revised
Exhibit R**

CONFIDENTIAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ERIN GURSSLIN,

         Plaintiff,

                Civil Action No. 20-cv-6508

v.

THE CITY OF ROCHESTER, A MUNICIPAL ENTITY, POLICE
OFFICER JEREMY NELLIST, POLICE OFFICER JOSHUA
KELLY, COMMANDER FABIAN RIVERA, LIEUTENANT AARON
SPRINGER,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Video-recorded Deposition Upon Oral Examination of:

          Chief Fabian Rivera

Location:      Alliance Court Reporting, Inc.
              109 South Union Street, Suite 400
              Rochester, New York 14607

Date:          March 15, 2023

Time:          11:00 a.m.

Reported By:  MICHELLE MUNDT ROCHA and

              MARY ELIZABETH PHILLIPS

              Alliance Court Reporting, Inc.

              109 South Union Street, Suite 400

              Rochester, New York 14607



**ALLIANCE**
COURT REPORTING, INC.
*Videography · Remote · Deposition Suites*
www.alliancecourtreporting.net · 585.546.4920

Confidential

2

A P P E A R A N C E S

Appearing Remotely on Behalf of Plaintiff:

Elliot D. Shields, Esq.

    Roth & Roth LLP

    192 Lexington Avenue, Suite 802

    New York, New York  10016

    eshields@rothandrothlaw.com


Appearing on Behalf of Defendants:

Peachie L. Jones, Esq.

    City of Rochester Law Department

    City Hall, Room 400A

    30 Church Street

    Rochester, New York  14614-1224

    peachie.jones@cityofrochester.gov


Also Present:

Kenneth Williamson, Videographer

    Alliance Court Reporting, Inc.

    109 South Union Street, Suite 400

    Rochester, New York  14607


               *       *       *



ALLIANCE
COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

**Confidential**

4

P R O C E E D I N G S

for their certified transcript charge, including any expedite or other related production charges in accordance with Rochester Rules;

AND IT IS FURTHER STIPULATED, that the Notary Public, MICHELLE MUNDT ROCHA, may administer the oath to the witness.

\*       \*       \*

THE VIDEOGRAPHER:  We are on the record. The time is 11:06 on March 15, 2023.  My name is Ken Williamson, of Alliance Court Reporting, located at 109 South Union Street, Rochester, New York.  Today we are located at Alliance Court Reporting.

We are about to begin the video-recorded deposition of Fabian Rivera in the matter of Erin Gursslin, Plaintiff, versus the City of Rochester, a Municipal Entity, Police Officer Jeremy Nellist, Police Officer Joshua Kelly, Commander Fabian Rivera, Lieutenant Aaron Springer, Defendants.  Today's matter is being video-recorded on behalf of the Plaintiff.

Counsel, please state your appearances for the record, and please begin with the noticing attorney.

MR. SHIELDS:  Elliot Shields, Roth and Roth LLP, for the Plaintiff, Erin Gursslin.



Confidential

**5**

CHIEF FABIAN RIVERA - BY MR. SHIELDS

MS. JONES:  Peachie Jones with the City of Rochester for all Defendants.

THE VIDEOGRAPHER:  Thank you, Counsel.

Our court reporter is Michelle Rocha, also with Alliance Court Reporting, and she will now swear in our witness.

CHIEF FABIAN RIVERA,

called herein as a witness, first being sworn,

testified as follows:

EXAMINATION BY MR. SHIELDS:

Q.  Good morning, Chief.

A.  Good morning, sir.  How are you?

Q.  All right.

My name is Elliot Shields.  I represent the Plaintiff in this case, which involves an incident where members of the SWAT team shot and killed her dog in front of her, and I'm going to be asking you some questions today.

My first question is have you ever testified at a deposition like this before?

A.  No.  This is a unique one.  I never -- I was named in an action where I took a written statement, and that was concerning a city ordinance of a curfew.  That was in -- I believe in 2020.



CHIEF FABIAN RIVERA - BY MR. SHIELDS

additional trainings and such or corrective measures or such.

Q.   During your entire time at the RPD, are you aware of any officer ever being disciplined for shooting a dog?

MS. JONES:  Objection.

A.   No.  You know, personally I only know four officers that, you know, have shot at dogs.  Never heard of them being disciplined -- or five. Ridiculed, yes.  Not disciplined.  But no, not aware of any punishments.  And at the command staff level, none.

Q.   When you say "ridiculed," can you explain what you mean?

A.   Well, one case was Mike Johnson, Korey McNees.  Mike Johnson's a friend of mine.  Came on a year after.  I think the aggressive dog was a smaller dog in stature that approached them, and they did discharge their weapons.  And I believe they missed. Hence the ridicule.  The stature of the dog.

Q.   So they were ridiculed because it was a smaller dog?

A.   The stature of the dog, yes, sir.

Q.   Were they ridiculed also because they



ALLIANCE
COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920

CHIEF FABIAN RIVERA - BY MR. SHIELDS

fired and they missed?

A.   The number of rounds -- you probably have this in your -- in some of your notes.  The number of rounds and -- yes.

Q.   Do you remember the year of that incident or the ballpark year?

A.   Try 2002, 2003, maybe.  Clinton Section, third platoon hours.  And it's Mikey Johnson and Korey McNees.

The other three were -- you know, my time on SWAT I only know -- there was only three dog shootings.  And that's Aaron Springer; Hickey, I think Ryan, not Patrick; and either Romig or Eric Alexander. I think it was Romig.  Or Eric.

But in my 14 years those are the only, you know, unfortunately dogs that we had to dispatch.

Q.   And then how about your time as SOD commander?

A.   I think it was only one.  I think that was -- could have been Eric's off of Dewey Ave., white house.  It's always weird some things that I can remember and some things I can't.  It's just the nature of some of the operations I've gone on.

Q.   So there might have been more incidents



Confidential

145

CHIEF FABIAN RIVERA - BY MR. SHIELDS

walk-through of the target location.  I joined him. We were outside of the target location.  I believe assailants were being loaded onto vehicles to be transported back to the PSB, and the incident occurred at your client's house.

Once they finally determined what happened, I did walk back there, did see the -- see Josh Kelly and Jeremy Nellist, the owner, wife and husband.  At that time I did not speak with them.  I think Sergeant Diehl did speak with them and Lieutenant Springer.

I left kind of the proximity of the driveway back to the street and eventually headed back to the tac office for the After Action.

Q.  So you were outside over towards the target location when you heard the shots fired at my client's house; is that right?

A.  That's correct.

Q.  And then you went and you entered her backyard, and you saw Nellist and Kelly in the yard along with my client and -- it was her boyfriend, not her husband, but you saw a woman and a man, who were the owners of the dog?

A.  Yes.



ALLIANCE
COURT REPORTING, INC.
Videography · Remote · Deposition Suites
www.alliancecourtreporting.net · 585.546.4920