

**City of Rochester**

Peachie L. Jones
Municipal Attorney

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

September 18, 2024

Hon. Elizabeth Wolford
Chief United States District Judge
100 State Street
Rochester, New York 14614

Re:     <u>Defendants' Understanding of the Court's Order to Upload Unredacted Documents</u>
        *Gursslin v. City of Rochester et al* (20-cv-6508)(EAW)(MWP)

Dear Judge Wolford:

On September 16, 2024, you denied the parties' motions to (temporarily and permanently) seal portions of supporting materials related to SWAT operations, and ordered the parties to file those materials in unredacted form on the public docket. Decision and Order, ECF 120, pgs. 9, 16-17.

Defendants understand the Court's order to require the parties to upload the materials *in the form they were provided to the Court*, because they were relied on by the Court is deciding the parties' motions for summary judgment.

Defendants herein seek clarification, because the parties provided some materials to the Court in redacted form, as Defendants had produced them to Plaintiff with those redactions. As examples, the SWAT Operation Order (ECF 94-07), the After Action Report (ECF 94-13), and SWAT Standard Operating Procedure (ECF 94-18) contained redactions when provided to Plaintiff (and thus, when provided to the Court). Indeed, the SWAT Operation Order was the subject of a discovery motion (ECF 36), which Judge Pederson resolved by requiring Defendants to remove some but not all of their redactions in their productions (ECF 52, pg. 3, no. 1).

Absent contrary instructions from the Court, Defendants will remove only the *additional redactions* made to documents and transcripts prior to uploading them to the docket. Defendants do not plan to remove the redactions that were present in the versions provided to the Court, as neither party nor the Court could not have relied on the information beneath those redactions.

Sincerely,

PEACHIE L. JONES
Municipal Attorney, CITY OF ROCHESTER
p: (585) 428-7992  |  Peachie.Jones@CityofRochester.gov