**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

ERIN GURSSLIN,

|                     Plaintiff,

-against-

THE CITY OF ROCHESTER, a municipal
entity, POLICE OFFICER JEREMY
NELLIST, POLICE OFFICER JOSHUA
KELLY, COMMANDER FABIAN RIVERA,
LIEUTENANT AARON SPRINGER,

|                     Defendants.

**20-cv-6508 (EAW)(MJP)**

**SUPPLEMENTAL ATTORNEY DECLARATION FOR PLAINTIFF'S PARTIAL MOTION FOR SUMMARY JUDGMENT**

---

ELLIOT D. SHIELDS, hereby declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

A.      I am the attorney for the Plaintiff, Erin Gursslin ("Ms. Gursslin"), in this case and as such I am fully familiar with the facts and circumstances of the case. I submit this declaration in response to the Court's order at ECF 120 directing that all "confidential" papers and exhibits filed in connection with the parties cross motions for summary judgment be filed on the docket.

B.      A true and correct copy of the following documents, previously redacted or not filed on the docket with plaintiff's partial motion for summary judgment (plaintiff's motion filed at ECF 94), because either the City had marked them as confidential, or they referenced confidential information, are filed herewith:

Shields Declaration

Rule 56.1 declaration

Memorandum of law

Exhibit 4: SWAT SOP

Exhibit 6: Rivera Deposition Excerpts

Exhibit 7: Nellist Deposition excerpts

Exhibit 8: Kelly Deposition Excerpts

Exhibit 9: Springer Deposition Excerpts

Exhibit 10: After Action Report

Exhibit 11: Backyard Picture

Exhibit 12: Picture over plaintiff's fence

Exhibit 13: Final Operating Position picture

Exhibit 14: Laureano Deposition Selections

Exhibit 16: Romig Deposition Selections

Dated: New York, New York          Respectfully Submitted,
       September 25, 2024          ROTH & ROTH LLP


By: _____~/s/~_____
    Elliot Dolby Shields, Esq.
    *Counsel for Plaintiff*
    192 Lexington Ave, Suite 802 New York,
    New York 10016
    Ph: (212) 425-1020

To:    All parties (via ECF)