

# SWAT Operation Order

**High-Risk Search Warrant**

**1771 St. Paul St** ███████████████

**09/06/18**

CONFIDENTIAL   CONFIDENTIAL   COR 000004

## Situation

- RPD SWAT has been requested to assist S.I.S. Investigators with a No-Knock HRSW at 1771 St. Paul St. ███████████

███████████████████████████████████████

CONFIDENTIAL     CONFIDENTIAL     COR 000005

**Suspect Name-** ███████████████████

CONFIDENTIAL

CONFIDENTIAL

COR 000006

# Suspect Name- ███████████████

███████████████████████████████████████████████

CONFIDENTIAL                    CONFIDENTIAL                    COR 000007

# Location – 1771 St. Paul St. ███████████



CONFIDENTIAL          CONFIDENTIAL                              COR 000008

1771 St. Paul St

CONFIDENTIAL

CONFIDENTIAL

COR 000009

# Mission

On 9/6/18, on order, RPD SWAT will execute a No-Knock HRSW at 1771 St. Paul St. █████████

█████████████████████████████████████████████████████████



CONFIDENTIAL                    CONFIDENTIAL                    COR 000010

# Commander's Intent

To bring about the safe resolution of a HRSW at 1771 St. Paul St.



CONFIDENTIAL                    CONFIDENTIAL                    COR 000011

# Execution – SWAT Assignments

| Name | Assignment | Vehicle |
|------|-----------|---------|
| Springer | Commander/TOC | SWAT 1 |

| Name | Assignment | Vehicle |
|------|-----------|---------|
| | Sniper | |
| Nellist | Sierra 2 Pre-deploy | UC |
| Kelly | Sierra 2 Pre-deploy | UC |
| | | |
| | | |
| | | |
| | | |
| | | |

CONFIDENTIAL     CONFIDENTIAL

COR 000012

# Execution – Patrol Assignments

| Name | Assignment | Vehicle |
|------|-----------|---------|
| McClellan/ Kent | Traffic Control- St. Paul St @ Whittier Pk (No N/B Traffic) | 8813 |

CONFIDENTIAL

CONFIDENTIAL

COR 000013

# Execution

CONFIDENTIAL

CONFIDENTIAL

COR 000014

## Execution – Sniper Team Pre-Deployment



- Sierra 2 will consist of one, 2 man element ██████
  ███████████████████████████████████████
  ███████████████████████████████████████

- Sierra 2 ██████████████████████████████ on Seth Green Dr to observe the 3 side of the location

- ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████████████████████████████████

- ███████████████████████████████████████
  ███████████████████████████████████████

- Sierras will exfil on command.

CONFIDENTIAL

CONFIDENTIAL   COR 000015

# Execution Sniper Deployment



CONFIDENTIAL
CONFIDENTIAL
COR 000016

# Execution – Containment Team Deployment

CONFIDENTIAL

## Execution – Entry Team Deployment

CONFIDENTIAL

CONFIDENTIAL

COR 000018

# Execution- Route Plan 1771 St. Paul St.

CONFIDENTIAL

CONFIDENTIAL

COR 000019

# M.T.A.S.- 1771 St. Paul St ███████████

CONFIDENTIAL

CONFIDENTIAL

COR 000020

# Administration



## Pre-Execution Assignments

| | |
|---|---|
| **Secure Uniform Support** | Springer |

## Post-Execution Assignments

| | |
|---|---|
| **OT Slips** | Springer |

CONFIDENTIAL          CONFIDENTIAL                    COR 000021

# C2 & Communication

CONFIDENTIAL

CONFIDENTIAL

COR 000022

# Execution Checklist- 1771 St. Paul St. █████████

CONFIDENTIAL                    CONFIDENTIAL                                        COR 000023



# Back Brief / Questions?

CONFIDENTIAL

CONFIDENTIAL

COR 000024

## Contingencies



CONFIDENTIAL    CONFIDENTIAL    COR 000025

## Gas/Less Lethal Plan - 1771 St Paul St ███████████

CONFIDENTIAL

CONFIDENTIAL

COR 000026

## Execution – Breach Plan - Address

CONFIDENTIAL

CONFIDENTIAL

COR 000027